# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 5:18-CV-00335-GW (KKX)

Plaintiff:
**Michael Harrington**

vs.

Defendant:
**Synchrony Financial**

For:
SM Law Group, APC
16130 Ventura Boulevard, Suite 660
Encino, CA 91436

Received by GSI to be served on **Synchrony Financial, 818 W. 7th St., Suite 930, Los Angeles, CA 90017**.

I, John Abramyan, do hereby affirm that on the **19th day of March, 2018** at **12:57 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint, Civil Case Cover Sheet; Certificate/Notice of Interested Parties; Notice of Assignment; Notice to Parties of Court-Directed ADR Program; Judge's Standing Order** with the date and hour of service endorsed thereon by me, to: **CT Corporation System, Agent Carlos Paz** as **Legal Specialist** for **Synchrony Financial**, at the address of: **818 West 7th St., Suite 930, Los Angeles, CA 90017**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

John Abramyan
6898

GSI
360 E. 1st St., Suite 773
Tustin, CA 92780
(714) 486-3606

Our Job Serial Number: GSI-2018001401
Ref: Harrington, Michael v Synchrony Financia
Service Fee: $55.00