UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISON

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, et al.,<br><br>Defendants. | Case No.: EDCV 18-335-GW-KKx<br><br>**ORDER** |

Upon review of the Parties Stipulation for Dismissal with Prejudice of Defendant Synchrony Bank, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 10, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

JS-6

- 1 -